**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **SEAWARD SERVICES, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No.  3:20-cv-01144** |
| | ) | |
| v. | ) | Hon. Timothy J. Corrigan |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | In Admiralty |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE A REPLY BRIEF TO PLAINTIFF'S**
**RESPONSE TO MOTION TO DISMISS OR TRANSFER VENUE**

COMES NOW, Defendant the United States of America (hereinafter, the United States or the Defendant), by and through undersigned counsel, and respectfully submits this Motion For Leave to File a Reply Brief to the Plaintiff's Response to Motion to Dismiss, or in the alternative, Motion to Transfer Venue (Doc. 14).  In support of this motion, the United States submits the following:

1.     The United States seeks to provide both additional factual support and case authority for the Court's consideration on the issue of whether venue is proper in this District under the Suits in Admiralty Act.

2.     The length of the proposed reply is no more than 5 pages.

3.     For the foregoing reason(s), the United States respectfully requests that the Court approve and enter an Order permitting it to File a Reply Brief to the

Plaintiff's Response to Motion to Dismiss, or in the alternative, Motion to Transfer

Venue by February 2, 2021.

Dated:  January 25, 2021

Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

MARIA CHAPA LOPEZ
United States Attorney

KYESHA MAPP
Assistant United States Attorney
Middle District of Florida

/s/ *Jessica L. McClellan*
JESSICA L. MCCLELLAN
THOMAS J. BRIGHT
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
P. O. Box 14271
Washington, DC  20044-4271
Telephone:  (202) 616-4022
Fax:  (202) 616-4002
Emails:  Jessica.L.McClellan@usdoj.gov
            Thomas.J.Bright@usdoj.gov

*Attorneys for the United States*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2021, I electronically filed the

foregoing document with the Clerk of the Court by using the CM/ECF system,

which will serve an electronic copy to all counsel of record.

/s/ Jessica L. McClellan
Jessica L. McClellan
Trial Attorney
U.S. Department of Justice

3