# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SEAWARD SERVICES, INC.,

    Plaintiff,

v.                                                                      Case No. 3:20-cv-1144-J-32JRK

THE UNITED STATES OF
AMERICA,

    Defendant.

## O R D E R

This case is before the Court on the United States' Motion for Leave to File a Reply Brief to Plaintiff's Response to Motion to Dismiss or Transfer Venue. (Doc. 16). Under Local Rule 3.01(g), parties must confer with opposing counsel regarding any non-dispositive motion. The Motion must include a statement certifying that the filing party has conferred with opposing counsel, and whether counsel agrees on the resolution. Local Rule 3.01(g). The Motion (Doc. 16) is therefore **DENIED** without prejudice to refiling.

**DONE AND ORDERED** in Jacksonville, Florida the 28th day of January, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

agb
Copies:
Counsel of record

2